UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,         Case No. 2:17-cr-22-01

v.         HON. PAUL L. MALONEY

JOSEPH GIDEON GRAVELLE,

        Defendant.
_____/

## **ORDER**

Defendant appeared before this Court on December 6, 2017 for a bond review hearing after two separate reports of bond violations.

For reasons stated on the record:

IT IS HEREBY ORDERED that defendant shall undergo an assessment for Vivitrol to be arranged through pretrial services with a report to provided to this Court by the next hearing date currently scheduled for December 13, 2017 at 1:30 p.m.

IT IS FURTHER ORDERED that defendant shall be remanded to the custody of the U.S. Marshal Service and to be detained pending further proceedings.

IT IS ORDERED


Dated: December 7, 2017          _/s/ Timothy P. Greeley_
                                              TIMOTHY P. GREELEY
                                              U.S. MAGISTRATE JUDGE